IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRIET BELTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 12-3514 |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY | : | |

## **ORDER**

**AND NOW,** this 22nd day of January, 2013, upon consideration of Defendant's Motion to Remand (Docket No. 12), and Plaintiff's response thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and this matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g).

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.